IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tamira Sanni-Sanoussi**<br>**3355 16th Street, N.W., #512**<br>**Washington, D.C.  20010**<br><br>**Plaintiff,**<br>v.<br><br>**WASHINGTON METROPOLITAN AREA**<br>**TRANSIT AUTHORITY**<br>**300 7th Street, S.W.**<br>**Washington, DC 20024**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Case No.: 1:22-cv-2627 |

NOTICE OF REMOVAL BY DEFENDANT
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1. On or about July 4, 2022, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled Tamira Sanni-Sanoussi v. WMATA, et al. Case No. 2022 CA 002918 V.

2. Defendant WMATA was formally served in this action on August 4, 2022.

3. The Complaint, Summons, information sheet, affidavit of service and initial order in the Superior Court of the District of Columbia are attached.  These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff's counsel.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
300 Seventh St., S.W., 7E
Washington, D.C.   20024
(202) 962-2886
(202) 962-2550 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid this 31st day of August, 2022, to:

Zeke J. Roeser
3000 Connecticut Ave, N.W., Suite 140
Washington, D.C.   20008

Vincent A. Jankoski, Esq.
14717 Harvest Lane
Silver Spring, MD 20905

                              /s/   Nicholas L. Phucas
                              Nicholas L. Phucas #475163